THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: May 28, 2019



Katherine Maloney Perhach
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE:  Marisa Lynn Mejia,  
                Debtor.

Case No. 19–25167–kmp  
Chapter 13

**AMENDED ORDER ON APPLICATION TO PAY FILING FEE IN INSTALLMENTS**

Upon consideration of the Debtor's Application to Pay Filing Fee in Installments and the payment terms of the Chapter 13 Plan, it is Ordered:

1. The Debtor must pay the first installment of **$100.00** by **May 31, 2019**.

2. The Debtor must pay the second installment of **$100.00** by **June 14, 2019**.

3. The Debtor must pay the final installment of **$110.00** by **June 28, 2019**.

4. All installments of the filing fee must be paid in full before the Debtor or Chapter 13 trustee makes any payments to an attorney or other professional.

5. Debtors who are represented by counsel should contact their attorney to arrange for payment of the filing fee to the Court. The Clerk does not accept personal checks from debtors.

6. Failure to pay any installment when due will result in dismissal of this case without further hearing.

7. If this case is dismissed for failure to pay the filing fee, the Court will not grant a fee waiver or an installment fee application in any future case the Debtor may file. Filing fees for future cases will be due, in full, with the petition or no more than 14 days after the petition. Repeated filing and dismissal of cases for failure to pay the fee may result in the Court barring the Debtor from filing future bankruptcy cases.

#####